# INVOICE

B T EDWARDS PROCESS SERVICE
15514 Peach Walker Drive
Bowie, MD 20716-1410
Phone: (301) 505-2020
Fax: (301) 249-7510

Inv. # 2004000137
06-04-2004





Michael C. Worsham
Michael C. Worsham Attorney At Law
1916 Cosner Road
Forest Hill MD 21050

Case Number: AMD 04 CV1071

Plaintiff:
**REGINALD ROBINSON**

Defendant:
**H&E MANAGEMENT ASSOCIATES, LTD., et al.**

Completed: 5/30/2004
To be served on: Hair, Roberta E.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Service (Local) | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |
| Pre-Payment- check  5/25/2004  Check #1139 | | | 55.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**
Please enclose a copy of the Invoice or Invoice # with your payement, Thank You.

# INVOICE

**B T EDWARDS PROCESS SERVICE**
15514 Peach Walker Drive
Bowie, MD 20716-1410
Phone: (301) 505-2020
Fax: (301) 249-7510

Inv. # 2004000138
06-04-2004





Michael C. Worsham
Michael C. Worsham Attorney At Law
1916 Cosner Road
Forest Hill MD 21050

Your Contact: Mr. Worsham
**Case Number:** AMD 04 CV1071

Plaintiff:
**REGINALD ROBINSON**

Defendant:
**H&E MANAGEMENT ASSOCIATES, LTD., et al**

Completed: 5/30/2004
To be served on: Hair, Roberta E.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Second Paper Same Address/Person | 1.00 | 27.50 | 27.50 |
| **TOTAL CHARGED:** | | | $27.50 |
| Pre-Payment-check 5/25/2004 Check #1139 | | | 27.50 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**
Please enclose a copy of the Invoice or Invoice # with your payement, Thank You.